GAS 245D      (Rev. 09/11) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Olajawonne Webb | ) | Case Number: 5:12CR00001-1 |
| | ) | USM Number: 17257-021 |
| | ) | Mitchell Adam Ferrell |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations of mandatory, standard, and special conditions of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | The defendant failed to report to the probation office in the district to which the defendant was released within 72 hours of release from the custody of the Bureau of Prisons (mandatory condition). | September 11, 2017 |
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | September 9, 2017 |
| 3 | The defendant failed to notify the probation officer ten days prior to a change in residence or employment (standard condition). | November 7, 2017 |

The defendant is sentenced as provided in pages 3 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated _____ and is discharged as to such violation.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 1348

December 9, 2020
Date of Imposition of Judgment

Defendant's Year of Birth: 1992

Signature of Judge

City and State of Defendant's Residence:

Douglas, Georgia

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

December 10, 2020
Date

GAS 245D      Case 5:12-cr-00001-LGW-BWC   Document 168   Filed 12/10/20   Page 2 of 5
(Rev. 09/12) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 5

DEFENDANT:            Olajawonne Webb
CASE NUMBER:          5:12CR00001-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | November 17, 2017 |
| 5 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 22, 2018 |
| 6 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | May 31, 2018 |
| 7 | The defendant failed to pay a fine or restitution obligation in accordance with the schedule of payments set forth by the court (mandatory condition). | October 23, 2020 |
| 8 | The defendant failed to participate as directed and approved by the probation officer in a program of treatment for drug and alcohol abuse (special condition). | October 23, 2020 |
| 9 | The defendant committed another federal, state, or local crime (mandatory condition). | October 23, 2020 |

DEFENDANT: Olajawonne Webb
CASE NUMBER: 5:12CR00001-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>6 months as to each of Count 1 and Count 2, to be served concurrently.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
Designation to the federal facility in Jesup, Georgia, is recommended; however, the defendant is not to be placed in the same facility as his cousin, Tony Tyrone Webb, Jr., USMS Reg. No. 53831-018.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

GAS 245D  Case 5:12-cr-00001-LGW-BWC  Document 168  Filed 12/10/20  Page 4 of 5
(Rev. 09/11) Judgment in a Criminal Case for Revocations

Judgment— Page 4 of 5

DEFENDANT: Olajawonne Webb
CASE NUMBER: 5:12CR00001-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Trafficking Act Assessment | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $ | $ | $ | $13,830 (re-imposed) |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Southeastern Bank | | $13,830 | 100% |
| TOTALS | | $13,830 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☒ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

☐ The court determined that the defendant is ☐ indigent ☐ non-indigent under the Justice for Victims of Trafficking Act of 2015.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

GAS 245D   Case 5:12-cr-00001-LGW-BWC   Document 168   Filed 12/10/20   Page 5 of 5
(Rev. 09/14) Judgment in a Criminal Case for Revocations

Judgment— Page 5 of 5

DEFENDANT: Olajawonne Webb
CASE NUMBER: 5:12CR00001-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Pursuant to 18 U.S.C. § 3572(d)(3), the defendant shall notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay the fine.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.